# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0969
Lower Tribunal No. 15-15732
_____

**D.M., the mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Yery Marrero, Judge.

Albert W. Guffanti, P.A., and Albert W. Guffanti, for appellant.

Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for Guardian ad Litem; Karla F. Perkins, for the Department of Children and Families, for appellees.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.